UM

UNITED STATES DISTRICT COURT JUDGE DURKIN
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAGISTRATE JUDGE FINNEGAN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 16CR 597 |
| | ) | No. |
| v. | ) | |
| | ) | Violation: Title 18, United States |
| BRANDON WRIGHT, a/k/a "B" | ) | Code, Section 1594(c) |
| | ) | |
| | ) | **Information** |

FILED
SEP 20 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**COUNT ONE**

The UNITED STATES ATTORNEY charges:

Beginning in or about 2013 and continuing until in or about 2014, in Northern District of Illinois, Eastern Division, and elsewhere,

BRANDON WRIGHT, a/k/a "B,"

defendant herein, conspired with Samuel Nichols, a/k/a "Buck," Charles Fears, a/k/a "Kash," and others known and unknown, in and affecting interstate commerce, to knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, and to benefit financially and by receiving anything of value from participation in a venture which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, and maintaining by any means a person, knowing and in reckless disregard of the fact that (1) means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause the person to engage in a commercial sex act, and (2) the person had not

attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a) and 2;

In violation of Title 18, United States Code, Section 1594(c).

Zachary T. Fardon by JBP

UNITED STATES ATTORNEY